BRETT L. TOLMAN, United States Attorney (#8821)
J. DREW YEATES, Assistant United States Attorney (#9811)
Attorneys for the United States of America
185 South State Street, Ste. 300 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682 • Facsimile: (801) 524-6924
Email: drew.yeates@usdoj.gov



# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, NORTHERN DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAMON RIVERA,<br><br>Defendant.<br><br>Case: 2:09-cr-00872<br>Assigned To : Benson, Dee<br>Assign. Date : 11/18/2009<br>Description: USA v. | **INDICTMENT**<br><br>VIOLATIONS:<br>18 U.S.C. § 1951(a), HOBBS ACT ROBBERY;<br>18 U.S.C. § 924(c), BRANDISHING A FIREARM DURING A CRIME OF VIOLENCE;<br>18 U.S.C. § 922(g)(1), POSSESSION OF A FIREARM BY A CONVICTED FELON;<br>18 U.S.C. § 922(k), POSSESSION OF A FIREARM WITH AN OBLITERATED SERIAL NUMBER |
|---|---|

## COUNT I
(18 U.S.C. § 1951(a))

On or about August 1, 2009, in the Northern Division of the District of Utah,

RAMON RIVERA,

defendant herein, did take from employees, against their will, at Family Dollar, 765 East

Gordon Avenue, Layton, Utah, by physical force and violence, threatened force and

violence and fear of injury, U.S. currency, which belonged to and was in the care, custody, control, management and possession of Family Dollar, and by committing such robbery obstructed, delayed or affected commerce or the movement of articles or commodities in interstate commerce; all in violation of 18 U.S.C. § 1951(a).

## COUNT II
(18 U.S.C. § 924(c))

On or about August 1, 2009, in the Northern Division of the District of Utah,

RAMON RIVERA,

defendant herein, during and in relation to a crime of violence, that is, a violation of 18 U.S.C. § 1951(a), for which the defendant may be prosecuted in a court of the United States, as alleged in Count I of this Indictment, which is incorporated herein by reference, did knowingly use, carry, and brandish a firearm, that is, a handgun; all in violation of 18 U.S.C. §924(c).

## COUNT III
(18 U.S.C. § 1951(a))

On or about August 17, 2009, in the Northern Division of the District of Utah,

RAMON RIVERA,

defendant herein, did take from employees, against their will, at Family Dollar, 1967 North 2000 West, Clinton, Utah, by physical force and violence, threatened force and violence and fear of injury, U.S. currency, which belonged to and was in the care, custody, control, management and possession of Family Dollar, and by committing such

robbery obstructed, delayed or affected commerce or the movement of articles or commodities in interstate commerce; all in violation of 18 U.S.C. § 1951(a).

## COUNT IV
(18 U.S.C. § 924(c))

On or about August 17, 2009, in the Northern Division of the District of Utah,

RAMON RIVERA,

defendant herein, during and in relation to a crime of violence, that is, a violation of 18 U.S.C. § 1951(a), for which the defendant may be prosecuted in a court of the United States, as alleged in Count III of this Indictment, which is incorporated herein by reference, did knowingly use, carry, and brandish a firearm, that is, a handgun; all in violation of 18 U.S.C. §924(c).

## COUNT V
(18 U.S.C. § 1951(a))

On or about August 20, 2009, in the Northern Division of the District of Utah,

RAMON RIVERA,

defendant herein, did take from employees, against their will, at Central Park, 2465 North Main St., Sunset, Utah, by physical force and violence, threatened force and violence and fear of injury, U.S. currency, which belonged to and was in the care, custody, control, management and possession of Central Park, and by committing such robbery obstructed, delayed or affected commerce or the movement of articles or commodities in interstate commerce; all in violation of 18 U.S.C. § 1951(a) and § 2.

## COUNT VI
(18 U.S.C. § 924(c))

On or about August 20, 2009, in the Northern Division of the District of Utah,

RAMON RIVERA,

defendant herein, during and in relation to a crime of violence, that is, a violation of 18 U.S.C. § 1951(a), for which the defendant may be prosecuted in a court of the United States, as alleged in Count V of this Indictment, which is incorporated herein by reference, did knowingly use, carry, and brandish a firearm, that is, a handgun; all in violation of 18 U.S.C. §924©.

## COUNT VII
(18 U.S.C. § 922(g)(1))

On or about April 21, 2009 through on or about October 22, 2009, in the Northern Division of the District of Utah,

RAMON RIVERA,

defendant herein, having been convicted of a crime punishable by imprisonment for more than one year, did knowingly possess and receive in and affecting interstate commerce a firearm, that is, a Ruger P95 9mm handgun; all in violation of 18 U.S.C. § 922(g)(1).

## COUNT VIII
(18 U.S.C. § 922(k))

On or about April 21, 2009 through on or about October 22, 2009, in the Northern Division of the District of Utah

RAMON RIVERA,

defendant herein, did knowingly possess and receive a firearm which has had the importer's or manufacturer's serial number removed, obliterated, or altered and has, at any time, been shipped or transported in interstate or foreign commerce, that is, a Ruger P95 9mm handgun; all in violation of 18 U.S.C. § 922(k).

## NOTICE OF INTENT TO SEEK FORFEITURE

As a result of the offense in Counts VII and VIII, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d)(1) all firearms or ammunition involved in or used in any knowing violation of 18 U.S.C. § 922(g) including but not limited to the firearm listed in Counts VII and VIII and any associated magazine and ammunition.

A TRUE BILL:

/S/
_____
FOREPERSON OF THE GRAND JURY

BRETT L. TOLMAN
United States Attorney

_____
J. DREW YEATES
Assistant United States Attorney

5